

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed June 16, 2011**

---

MTDX 0013.000727

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 10-70370-HDH-13 |
| CANDACE DANIELLE EICH | DATED: June 15, 2011 |
| | HEARING DATE: June 15, 2011 |
| | HEARING TIME: 10:00 AM |

_____

### INTERLOCUTORY ORDER WITH PREJUDICE
_____

Came to be considered the Trustee's Motion to Dismiss With Prejudice or the Trustee's Notice of Intent to Dismiss in the above styled and numbered case.

The Court finds the case shall be dismissed with prejudice for 180 days without further notice to the Debtor(s), should the Debtor(s) fail to timely make any payment without an explanation acceptable to the Trustee and/or failure of the Debtor(s) to strictly comply with the following conditions:

IF THE DEBTOR IS UNDER A WAGE ORDER, THE DEBTOR MUST REMAIN UNDER THE WAGE ORDER WHILE THE CASE IS PENDING. THE DEBTOR SHALL CURE ARREARS OF $ 1618.00 BY MAKING 6 MONTHLY PAYMENTS DIRECTLY TO THE TRUSTEE OF $ 270.00 IN ADDITION TO REGULAR PLAN PAYMENTS BEGINNING JULY 2011. DEBTOR IS TO RESUME REGULAR MONTHLY PAYMENTS ON JULY 2011 AND THE 12 TH DAY OF EACH MONTH THEREAFTER.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED: Debtor(s) case shall not be dismissed with prejudice provided debtors timely make all payments called for in the proposed or confirmed Chapter 13 plan and comply with the conditions set out above.

CASE NO: 10-70370-HDH-13

Page two

     IT IS FURTHER ORDERED, ADJUDGED AND DECREED: In the event the Debtor's fail to timely make any payment for which an explanation, satisfactory to the Trustee, in the Trustee's sole discretion, is not given, or if the above stated conditions, if any, is not strictly complied with, the Trustee shall submit a proposed **"Order Dismissing Case With Prejudice for 180 Days Pursuant to Interlocutory Order"**, file a Final Report, and Disburse the funds on hand per 11 U.S.C. § 1326(a)(2).

# # #  End of Order # # #

APPROVED:

/s/  Walter O'Cheskey  
Walter O'Cheskey, Chapter 13 Trustee

/s/ Larry Lewis  
MONTE J WHITE  
DEBTOR ATTORNEY