Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CANDACE DANIELLE EICH

CASE NO: 10-70370-HDH-13
HEARING DATE:  12/18/2013
HEARING TIME:  10:00am

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss Case with Prejudice in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $414.00 per month beginning 9/12/2010. The total amount paid to the Trustee is $14,869.00 and the total amount in arrears is $746.00 through October 2013.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493**

This motion is filed with prejudice due to prior case filings.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed with prejudice per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 12/18/2013 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

CANDACE DANIELLE EICH 4024 HOOPER DR  WICHITA FALLS TX 76306

GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131

MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680

BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056

MEE MEE HOGE & EPPERSON PLLP 50 PENN PLACE 1900 NW EXPRESSWAY SUITE 1400 OKLAHOMA CITY OK 73118

JAMES H BILLINGSLEY DAVID COALE DANIEL I MORENOFF K&L GATES LLP 1717 MAIN STREET  SUITE 2800 DALLAS TX 75201


Date:    11/5/2013                                              /s/ Walter O'Cheskey
                                                                _____
                                                                Walter O'Cheskey
                                                                Chapter 13 Trustee